IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD NEWELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-616-bbc

v.

BRIDGET RUMPHOL,
CHIPPEWA COUNTY and
STATE OF WISCONSIN,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice because plaintiff cannot challenge his conditions of release in a civil action.

| /s/ | 11/9/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |